PROB 12C  
(7/93)

Report Date: January 7, 2010

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 07 2010

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

FILED IN THE  
U.S. DISTRICT COURT  
EASTERN DISTRICT OF WASHINGTON  

JAN 0 7 2010  

JAMES R LARSEN, CLERK  
_____ DEPUTY  
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rebecca C Whitish        Case Number: 2:07CR02054-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 2/7/2008

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy and Aiding and Abetting, 18 U.S.C. § 371 and 2 | | |
| Original Sentence: | Prison - 30 Days; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Gregory M. Shogren | Date Supervision Commenced: | 12/4/2008 |
| Defense Attorney: | Kraig Gardner | Date Supervision Expires: | 6/3/2011 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 9/23/2009 and issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On September 14, 2009, Rebecca C. Whitish was charged with Theft 2nd Degree - Access Device, Benton County Superior Court, Docket no. 09-1-00895-1.<br><br>According to investigating officers, Ms. Whitish obtained another person's debit card that was accidentally left at a store's check out station. The defendant then used the card on several occasions without the victim's permission. |
| 6 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On January 6, 2010, Rebecca C. Whitish was arrested by an officer of the West Richland Police Department and charged with identity theft. Charges have been filed in Benton County District Court, under Docket no. PC10Y0019. The outcome of the initial hearing scheduled for this date is not yet known. |

Prob12C
Re: Whitish, Rebecca C
January 7, 2010
Page 2

According to the West Richland detective, Ms. Whitish was observed on security video recordings using another person's EBT card and pin number on three separate occasions. According to written statements from the victims, Ms. Whitish did not have permission to use that card.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  January 7, 2010

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
FVS [X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Fred Van Sickle
Signature of Judicial Officer

January 7, 2010
Date